IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| BRENDA K. KNUTSON, an individual, and DOUGLAS SCOTT KNUTSON, an individual,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>MGC MORTGAGE, INC., a Texas Corporation<br><br>　　　　　　　Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:15-cv-289<br><br>Judge Jill N. Parrish |

　　　　On September 14, 2015, United States Magistrate Judge Dustin B. Pead issued an order to show cause requiring Plaintiffs Brenda and Douglas Knutson to show cause as to why their case should not be dismissed for the reasons set forth in the Defendant's motion to dismiss. (Docket 10). Plaintiffs were directed to respond to that order within fourteen days and were warned that a failure to do so would result in a recommendation that the case be dismissed. The Plaintiffs did not file any response.

　　　　On October 5, 2015, Judge Pead filed a Report & Recommendation. (Docket 11). Judge Pead's recommendation was that this case be dismissed because the Plaintiffs have "failed to address Defendant's motion to dismiss or establish [diversity] jurisdiction by alleging that the amount in controversy exceeds the minimum required $75,000." Judge Pead's Report and Recommendation provided that any objection to his recommendation was to be filed within fourteen days of service. The time to respond has now expired and the court has received no objections.

Based on the court's *de novo* review of the record, the relevant legal authorities, and Judge Pead's Report and Recommendation, the court concludes that the Report and Recommendation is a correct application of the law and the facts. Accordingly, the court ORDERS as follows:

1. The Recommendation (Docket 11) is ADOPTED IN FULL.

2. The case is DISMISSED.

3. The Clerk of Court is directed to close the case.

SO ORDERED this 20th day of October, 2015.

BY THE COURT:

_____
JILL N. PARRISH
United States District Judge